THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CVB, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>CORSICANA MATTRESS COMPANY, ELITE COMFORT SOLUTIONS, INC., FUTURE FOAM, INC., FXI HOLDINGS, INC., LEGGETT & PLATT, INC., SERTA SIMMONS BEDDING, LLC, TEMPUR SEALY INTERNATIONAL, INC. AND BROOKLYN BEDDING, INC.<br><br>    Defendants. | **ORDER GRANTING [36] DEFENDANTS' MOTION TO DISMISS**<br><br>Case No. 1:20-CV-00144-DBB<br><br>District Judge David Barlow |

Before the court is Defendants' Motion to Dismiss.[1] The court considered the briefing, relevant law, and oral argument presented on September 14, 2021. For the reasons stated on the record, claims 1-6 are dismissed without prejudice, and claims 7-8 are dismissed without prejudice for lack of jurisdiction. Plaintiff has sixty days to seek leave to amend its complaint.

Signed September 14, 2021.

BY THE COURT

_____
David Barlow
United States District Judge

---

[1] ECF No. 36, filed December 11, 2020.