THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CVB, INC.,<br><br>                    Plaintiff,<br><br>vs.<br><br>CORSICANA MATTRESS COMPANY,<br>ELITE COMFORT SOLUTIONS, INC.,<br>FUTURE FOAM, INC., FXI HOLDINGS,<br>INC., LEGGETT & PLATT, INC., SERTA<br>SIMMONS BEDDING, LLC, TEMPUR<br>SEALY INTERNATIONAL, INC.,<br>BROOKLYN BEDDING, INC., and<br>INTERNATIONAL SLEEP PRODUCTS<br>ASSOCIATION,<br><br>                    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 1:20-cv-00144-DBB<br><br>District Judge David Barlow |

IT IS HEREBY ORDERED that Plaintiff's Second Amended Complaint is DISMISSED

WITH PREJUDICE for failure to state a claim.

Signed October 15, 2024.

BY THE COURT

_____
David Barlow
United States District Judge